UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :
                                         **ORDER**
        -v-                          :   07 Cr. 692

VLADIMIR BARARUSHKIN,                :
TEA SANCHEZ,
    a/k/a "Tea Kalatozishvili,
    a/k/a "Teka"
TODD TOLSON,
PABLO CRUZ, and
NANCY DIAZ,

        Defendant.

- - - - - - - - - - - - - - - - - - - - X



        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.


Dated:  New York, New York          SO ORDERED,
        July 30, 2007
                                    _____
                                    UNITED STATE MAGISTRATE JUDGE

                                    HENRY PITMAN
                                    United States Magistrate Judge
                                    Southern District of New York