**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against

_Tea Sanchez_

(Alias) A/K/A TeA Halatozishuli,
a/k/a TeKa

Please PRINT Clearly

07 Crim 692
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA   2. [X] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

7/31/07

SIGNATURE _Dawn M Florio_
PRINT THE FOLLOWING INFORMATION CLEARLY
_Dawn M Florio_
Attorney for Defendant
_Dawn M Florio Law Firm PLLC_
Firm name if any
_3604 Broadway_
Street address
_NY   NY   10031_
City   State   Zip
_(212) 564-2949_
Telephone No
Cell (646) 210-5323

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186