PS 8
(Rev. 12/04)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/1/08

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. <u>Bararushkin, et al</u>     Docket No. 07 cr 692

### Petition for Action on Conditions of Pretrial Release

COMES NOW ____John Moscato____ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ____Tea Sanchez____ who was placed under pretrial release supervision by the Honorable ____Henry B. Pitman____ sitting in the court at ____500 Pearl Street____, __NY__ date ____July 31, 2007____, __2006__ under the following conditions:

$100,000 bond, secured by $10,000 cash/property, 3 financially responsible cosigners, travel restricted to the SD/EDNY, surrender travel documents, no new applications, strict PSA supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Following her initial release on 7/31/2007, the defendant has been compliant with all of her release conditions and has reported as instructed without incident. On 1/22/2008, the undersigned officer spoke with AUSA Jenna Dabbs, who indicated that she does not object to a reduction of the defendant's supervision from strict supervision to routine supervision.

PRAYING THAT THE COURT WILL ORDER

Strict supervision be modified to routine supervision.

ORDER OF COURT

Considered and ordered __1st__ day of __February__, 20__08__ and ordered filed and made a part of the records in the above case.

_____
Honorable Richard J. Sullivan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/3/08__

_____
U.S. Pretrial Services Officer

Place __233 Broadway, NY, NY__