# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*

185 Engle Street
Englewood, NJ 07631

NY, NJ & DC

3604 Broadway
New York, NY 10031
Tel: (212) 939-9539
Facsimile: (212) 939-9533
DawnMFlorio@yahoo.com

9 West Prospect Avenue
Suite 208
Mt. Vernon, NY 10550

**MEMO ENDORSED**

Hon. Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street Room
New York, NY 10000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

March 12, 2008
Re: United States v. Tea Sanchez
07 Cr:692

Dear Hon. Sullivan,

I represent Tea Sanchez in the case entitled <u>United States v. Vladimir Bararushkin et al.</u> Ms. Sanchez requests the court to allow her to travel to New Jersey for one day for the purpose of purchasing a used car.  She will be purchasing the car at County Auto Sales at 109 E. Main Street in Somerville, New Jersey.

John Moscato of Pretrial Services who Ms. Sanchez speaks to once a week has given his consent for her to travel to New Jersey to purchase the car.  Assistant United States Attorney Jenna M. Dabbs has also consented to allow Ms. Sanchez to travel to New Jersey for the sole purpose of purchasing this car.  Please contact me if you have any questions.

Very Truly Yours,

Dawn M. Florio

Dawn M. Florio

Cc: Jenna M. Dabbs
    Assistant United States Attorney

    John Moscato
    Pretrial Services Officer

SO ORDERED
Dated: 3/13/08

RICHARD J. SULLIVAN
U.S.D.J.